# Order

September 11, 2015

Rehearing No. 609

148907; 148909(108)

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

AROMA WINES AND EQUIPMENT, INC.,
      Plaintiff/Counterdefendant-Appellant,

v

COLUMBIAN DISTRIBUTION SERVICES, INC.,
      Defendant/Counterplaintiff-Appellee.
_____/

SC: 148907
COA: 311145
Kent CC: 09-011149-CK

AROMA WINES AND EQUIPMENT, INC.,
      Plaintiff/Counterdefendant-
      Appellee/Cross-Appellant,

v

COLUMBIAN DISTRIBUTION SERVICES, INC.,
      Defendant/Counterplaintiff-
      Appellant/Cross-Appellee.
_____/

SC: 148909
COA: 311145
Kent CC: 09-011149-CK

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015

_____